UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:13-cr-18 |
| v. ) | |
| ) | Judge Mattice |
| DIMITRICE HAMMOND, ) | Magistrate Judge Carter |
| ) | |

# ORDER

On May 7, 2013, the Court referred Defendant Dimitrice Hammond's Motion to Suppress (Doc. 12) to Magistrate Judge William Carter for the preparation and entry of a Report and Recommendation ["R&R"] pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Crim. P. 59(b). Magistrate Judge Carter filed his R&R on June 19, 2013. (Doc. 21).

Defendant Hammond filed objections on July 3, 2013. (Doc. 22). Put succinctly, Mr. Hammond alleged that: he was unlawfully seized; his property was unlawfully searched; and Magistrate Judge Carter did not consider all relevant facts. The Government responded in opposition to the objections, and Mr. Hammond timely replied. (Docs. 23, 24).

The Court has conducted a *de novo* review of the record before it, specifically including those portions of the Magistrate Judge's R&R to which Defendant Hammond has objected. After careful consideration, the Court accepts Magistrate Judge Carter's recommendations based upon the rationale articulated in the well-reasoned R&R.

Accordingly, the Defendant's objections are **OVERRULED**. Pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** Magistrate Judge Carter's findings of facts and conclusions of law. The Defendant's Motion to Suppress (Doc. 12) is **DENIED** for the

reasons set forth in the Magistrate Judge's Report and Recommendation (Doc. 21), which is hereby **ADOPTED** in whole.

**SO ORDERED** this 23rd day of July, 2013.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE